**Lepman & Heggie (a corporation), appellee, v. Mountain Grove Creamery Company, appellant. Gen. No. 24,141.**

Action by the purchaser to recover damages for noncompliance with the contract for the sale of butter. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919. Rehearing denied February 21, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Charles F. Vogel, for appellant. Frank Schoenfeld, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Frank O. DeMoney, appellee, v. J. L. Tuma, appellant. Gen. No. 24,154.**

Action by an architect to recover for services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed February 11, 1919.

Fred H. Atwood, Charles O. Loucks and Vernon R. Loucks, for appellant; Geary V. Stibgen, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Paul McHugh, by Michael McHugh, appellant, v. City of Chicago, appellee. Gen. No. 24,164.**

Action against the city to recover damages for negligence, contested on the ground that declaration did not sufficiently aver notice of injury. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed February 11, 1919.

Thomas F. Burke, Daniel L. Madden and R. C. Merrick, for appellant. Samuel A. Ettelson and William H. Devenish, for appellee; Robert H. Farrell, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Remien & Kuhnert Company, appellee, v. A. Bolter's Sons, appellant. Gen. No. 24,172.**

Action upon a contract of indemnity. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Buell, Bishop & Ogden, for appellant. Adler, Lederer & Beck, for appellee.

Mr. Justice Matchett delivered the opinion of the court.